UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LEONARD AZEVEDO, | No. 2:21-cv-0187 KJM AC P |
| Petitioner, | |
| v. | ORDER |
| CHRISTIAN PFEIFFER, ACTING WARDEN, | |
| Respondent. | |

Before the court is respondent's motion to dismiss pursuant to Younger v. Harris, 401 U.S. 35 (1971).  ECF No. 30.  Respondent contends that petitioner has appealed his resentencing judgment in Colusa County Superior Court case number CR60054, which is currently before the California Court of Appeal as case number C093951.  See ECF No. 30 at 2 n.2.  Respondent argues that the outcome of the appeal may render the claims in petitioner's federal petition moot. Id. at 3.

Given that the motion to dismiss was filed some time ago, respondent will be directed to file an update on the status of petitioner's state appeal.  Respondent will be given three days to do so.

Accordingly, IT IS HEREBY ORDERED that within three days from the date of this order, respondent shall inform the court of the status of petitioner's appeal and supplement the

1

lodged state court record if necessary with any orders issued by or applications for relief filed in the California appellate courts.

DATED: March 24, 2023

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE